**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* B, D
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Amended Schedule of 20 Largest Unsecured Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2026

X [signature]
Signature of individual signing on behalf of debtor

Perry Wilson
Printed name

President/CEO
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Northeastern Power and Gas, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 26-11989-DSJ |

[X] Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AEC<br>1 Metrotech Center North<br>Suite 301<br>Brooklyn, NY 11201 | | | | | | $18,997.32 |
| American Express National Bank<br>c/o Zwicker and Associates, P.C.<br>P.O. Box 9043<br>Andover, MA 01810-1041 | | | | | | $27,581.99 |
| Bank of America<br>100 North Tryon St.<br>Charlotte, NC 28255 | | | | | | $27,680.00 |
| Bank of America<br>100 North Tryon St.<br>Charlotte, NC 28255 | | | | | | $21,788.00 |
| Box Online<br>447 Sutter St, Suite 405<br>PMB 1116<br>San Francisco, CA 94108 | | | | | | $9,840.60 |
| Cobra Energy<br>65 Margaret Avenue<br>Lawrence, NY 11559 | | | | | | $35,826.19 |
| ECEG<br>70 Lambert Avenue<br>Copiague, NY 11726 | | | | | | $44,424.09 |
| escoADVISOR LLC<br>14 Berry Ct<br>Flanders, NJ 07836 | | | | | | $24,040.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name

Case number *(if known)* 26-11989-DSJ

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 | | | | | | $12,558.87 |
| Maureen Prainito<br>260 Madison Ave 8fl<br>New York, NY 10016 | | | | | | $80,871.34 |
| Metro Refunds<br>505 Chestnut St<br>Cedarhurst, NY 11516 | | | | | | $35,101.81 |
| MPN Capital<br>867 Boylston Street<br>5th Floor #1821<br>Boston, MA 02116 | | | | | | $9,075.53 |
| NACS Carmine Nuzzi<br>500 Purdy Hill Road<br>Suite 4<br>Monroe, CT 06468 | | | | | | $7,837.35 |
| NECS<br>1274-49th Street<br>Suite 194<br>Brooklyn, NY 11219 | | | | | | $17,056.64 |
| NYS Dept of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | | Sales Tax | | | | $966,268.00 |
| Platinum Energy/Matt Lanfear<br>3526 South Creek Road<br>Hamburg, NY 14075 | | | Contingent<br>Unliquidated<br>Disputed | | | $21,513.12 |
| Softsmiths<br>10692 Haddington Dr, Ste 200<br>Houston, TX 77043 | | | | | | $55,551.00 |
| Steve Centineo<br>260 Madison Ave 8fl<br>New York, NY 10016 | | | | | | $24,195.93 |
| Vertex One<br>1321 Upland Drive<br>Suite 8389<br>Houston, TX 77043 | | | | | | $42,152.00 |
| WebFX<br>1705 N Front Street<br>Harrisburg, PA 17102 | | | | | | $28,329.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name

Case number *(if known)* 26-11989-DSJ



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............ $ 2,787,098.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............ $ 2,787,098.71

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 6,500,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ $ 967,105.94

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ +$ 575,426.57

4. **Total liabilities** ............
   Lines 2 + 3a + 3b $ 8,042,532.51



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☒ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | TAB Bank | Checking | 7900 | $713.71 |
| 3.2. | TAB Bank | Other financial account - Lockbox Depository | 3922 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$713.71**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Description | Current value of debtor's interest |
|---|---|---|
| 7.1. | Deposits with Independent System Operators (ISOs) - These deposits may be subject to third party rights and/or liens | Unknown |
| 7.2. | Cash Deposit Posted for Surety Bond with Philadelphia Indemnity Insurance Company; Bond Number PA00378400027 for Two Hundred Fifty Thousand Dollars ($250,000.00), on behalf of Northeastern Power and Gas LLC, Principal, in | $75,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC Case number *(If known)* 26-11989-DSJ
Name

favor of NJ Board of Public Utilities, 44 South Clinton Ave, Trenton, NJ 08625; subject to rights of beneficiary.

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $75,000.00
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable** (As of 10/13/26)

11a. 90 days old or less: 2,311,385.00 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... $2,311,385.00

12. **Total of Part 3.** $2,311,385.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** (inventory/storage of energy purchases "hedge") | | unknown | | unknown |

23. **Total of Part 5.** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | computer equipment and software used in the Debtor's business | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor: Northeastern Power and Gas, LLC (Name) — Case number (If known): 26-11989-DSJ

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Wordmark (Logo and Slogan): "N" NORTHEASTERN POWER INNOVATION \| SUSTAINABILITY \| INTEGRATION<br>Serial number 98812711<br>Registration number 7887601 | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>Domain: nepower.com - Debtor has the right to use this site subject to the rights of Perry Wilson who purchased the domain name in 2021 | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>MBE Certification(s):<br>NMSDC-Certified Minority Business Enterprise (MBE)<br>Cert No. NY724083 | Unknown | | Unknown |
| | Approved as an ESCO in September 2021 by the New York Public Service Commission | Unknown | | Unknown |
| | NYC Department of Small Business Services certified Minority-Owned Business Enterprise Certificate Number MWCERT2023-1125 | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer lists and information | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>Debtor has customer contracts in the aggregate (with affiliates) of 19,000 RCEs | Unknown | | Unknown |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name

Case number *(If known)* 26-11989-DSJ

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| Debtor and its affiliates are currently investigating/evaluating claims against creditors and third parties with whom the Debtor has or has had contractual relations including without limitation, claims and causes of action relating to: interference with contractual relationships, breach of contract, aiding and abetting breach of contract, tortious conduct, breach of good faith (violating the implied covenant by exercising contractual power unfairly or without proper notice), lender liability, excessive control, fraud or misrepresentation, statutory violations.<br>**Nature of claim**<br>**Amount requested** $0.00 | Unknown |
| Supplementing Question 11 hereof, Debtor is investigating a possible receivable owed from Axpo US LLC<br>**Nature of claim** Trade debt<br>**Amount requested** $0.00 | $400,000.00 |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Judgement for $106,591.68 against Electric Green Life, LLC, et al. | $0.00 |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $400,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC Case number *(If known)* 26-11989-DSJ
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $713.71 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $75,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $2,311,385.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $400,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,787,098.71 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,787,098.71 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 26-11989-DSJ

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.1** Axpo U.S. LLC
Creditor's Name

575 Fifth Ave
Suite 2801
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2025-2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets and personal property of Debtor, wherever located, whether now owned or existing or hereafter acquired or arising, including all products and proceeds of the foregoing.

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $6,500,000.00
Column B: $0.00

---

**2.2** CENTRAL HUDSON GAS & ELECTRIC CORPORATIO
Creditor's Name

284 SOUTH AVENUE
Poughkeepsie, NY 12601
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
RIGHT, TITLE AND INTEREST AND PROCEEDS

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

Column A: Unknown
Column B: $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC Case number (if known) 26-11989-DSJ
Name

including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

**2.3** KEYSPAN GAS EAST CORPORATION
Creditor's Name

175 EAST OLD COUNTRY ROAD
Hicksville, NY 11801
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
ACCOUNT(S) AND PROCEEDS, CONTRACT RIGHTS AND PROCEEDS, GENERAL INTANGIBLE(S) AND PROCEEDS, NEGOTIABLE INSTRUMENTS AND PROCEEDS, ACCOUNTS RECEIVABLE AND PROCEEDS

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

Unknown $2,311,385.00

---

**2.4** New York ISO
Creditor's Name
10 Krey Blvd
Attn: Finance
Rensselaer, NY 12144
Creditor's mailing address

jboles@nyiso.com
Creditor's email address, if known

**Date debt was incurred**
2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

Unknown $0.00

---

**2.5** NEW YORK STATE ELECTRIC & GAS CORP
Creditor's Name
aka ROCHESTER GAS AND ELECTRIC CORPORATION
ATTN SUPPLIER RELATIONS
PO BOX 5224
Binghamton, NY 13902-5224
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE INCLUDING PROCEEDS AND PRODUCTS

**Describe the lien**
Non-Purchase Money Security

Unknown $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** NIAGARA MOHAWK POWER CORPORATION
Creditor's Name
c/o National Grid
300 ERIE BOULEVARD WEST
Syracuse, NY 13202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ACCOUNTS RECEIVABLE INCLUDING PROCEEDS AND PRODUCTS

Unknown $0.00

**Describe the lien**
Non-Purchase Money Security

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** NJ Board of Public Utilities
Creditor's Name
44 South Clinton Ave
Trenton, NJ 08625
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

Unknown $0.00

**Describe the lien**
Bond

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** ORANGE & ROCKLAND UTILITIES, INC.

**Describe debtor's property that is subject to a lien**

Unknown $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name

Case number (if known) 26-11989-DSJ

Creditor's Name

390 W. ROUTE 59
Spring Valley, NY 10977
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 THE BROOKLYN UNION GAS COMPANY
Creditor's Name

**Describe debtor's property that is subject to a lien**
ACCOUNT(S) AND PROCEEDS, CONTRACT RIGHTS AND PROCEEDS, GENERAL INTANGIBLE(S) AND PROCEEDS, NEGOTIABLE INSTRUMENTS AND PROCEEDS, ACCOUNTS RECEIVABLE AND PROCEEDS

Unknown $0.00

c/o National Grid NY
ONE METROTECH CENTER
Brooklyn, NY 11201
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $6,500,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Reed Smith<br>599 Lexington Avenue<br>New York, NY 10022-7650 | Line 2.1 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $789.82 | $767.32 |
| | Date or dates debt was incurred: | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | NYC Department of Finance<br>59 MAIDEN LANE<br>New York, NY 10038 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred: | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | NYS Dept of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $966,268.00 | $859,880.00 |
| | Date or dates debt was incurred: 2025-2026 | Basis for the claim: Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC Case number (if known) 26-11989-DSJ
Name

2.4 Priority creditor's name and mailing address
NYS DOL
1220 WASHINGTON AVE. BLDG.12, RM 256
Albany, NY 12226

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.12 $48.12

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
AEC
1 Metrotech Center North
Suite 301
Brooklyn, NY 11201

**As of the petition filing date, the claim is:** *Check all that apply.* $18,997.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Aegean Energy
62-01 34th Avenue
Woodside, NY 11377

**As of the petition filing date, the claim is:** *Check all that apply.* $3,814.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
American Express National Bank
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810-1041

**As of the petition filing date, the claim is:** *Check all that apply.* $27,581.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
American Express National Bank
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810-1041

**As of the petition filing date, the claim is:** *Check all that apply.* $2,224.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Balch & Bingham
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642

**As of the petition filing date, the claim is:** *Check all that apply.* $3,090.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Attorneys fees
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC — Name | Case number (if known) 26-11989-DSJ

**3.6** **Nonpriority creditor's name and mailing address**
Bank of America
100 North Tryon St.
Charlotte, NC 28255
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0930

**As of the petition filing date, the claim is:** *Check all that apply.* $21,788.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Bank of America
100 North Tryon St.
Charlotte, NC 28255
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8997

**As of the petition filing date, the claim is:** *Check all that apply.* $27,680.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
BCG
150 Irving Place
Suite C
Woodmere, NY 11598
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,155.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Box Online
447 Sutter St, Suite 405
PMB 1116
San Francisco, CA 94108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,840.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Broadway Energy
100 Tec Street
Suite A
Hicksville, NY 11801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,723.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Cobra Energy
65 Margaret Avenue
Lawrence, NY 11559
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,826.19
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
DOC 24 Enterprises
1641 N 71ST TERRACE HOLLYWOOD
Hollywood, FL 33024
**Date(s) debt was incurred** 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,950.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Bookkeeping Services
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
ECEG
70 Lambert Avenue
Copiague, NY 11726
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $44,424.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name

Case number (if known) 26-11989-DSJ

3.14 **Nonpriority creditor's name and mailing address**
escoADVISOR LLC
14 Berry Ct
Flanders, NJ 07836

**As of the petition filing date, the claim is:** *Check all that apply.* $24,040.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.15 **Nonpriority creditor's name and mailing address**
Informa
41 Grand Avenue
Suite 101
River Edge, NJ 07661-1947

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

**As of the petition filing date, the claim is:** *Check all that apply.* $12,558.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.17 **Nonpriority creditor's name and mailing address**
LC Associates
222 West 79 Street
New York, NY 10024

**As of the petition filing date, the claim is:** *Check all that apply.* $1,650.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.18 **Nonpriority creditor's name and mailing address**
M&R
266 Main Street
Cornwall, NY 12518

**As of the petition filing date, the claim is:** *Check all that apply.* $1,564.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**
Maureen Prainito
260 Madison Ave 8fl
New York, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.* $80,871.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**
Metro Refunds
505 Chestnut St
Cedarhurst, NY 11516

**As of the petition filing date, the claim is:** *Check all that apply.* $35,101.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC
Name
Case number (if known) 26-11989-DSJ

**3.21** **Nonpriority creditor's name and mailing address**
MPN Capital
867 Boylston Street
5th Floor #1821
Boston, MA 02116
**As of the petition filing date, the claim is:** *Check all that apply.* $9,075.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
NACS Carmine Nuzzi
500 Purdy Hill Road
Suite 4
Monroe, CT 06468
**As of the petition filing date, the claim is:** *Check all that apply.* $7,837.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
Navigate Power
2211 N Elston Avenue
Suite 208
Chicago, IL 60614
**As of the petition filing date, the claim is:** *Check all that apply.* $0.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
NECS
1274-49th Street
Suite 194
Brooklyn, NY 11219
**As of the petition filing date, the claim is:** *Check all that apply.* $17,056.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
Platinum Energy/Matt Lanfear
3526 South Creek Road
Hamburg, NY 14075
**As of the petition filing date, the claim is:** *Check all that apply.* $21,513.12
☒ Contingent
☒ Unliquidated
☒ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.26** **Nonpriority creditor's name and mailing address**
RLS Associates
5183 West Woodmill Drive, Suite 3
Wilmington, DE 19808
**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Softsmiths
10692 Haddington Dr, Ste 200
Houston, TX 77043
**As of the petition filing date, the claim is:** *Check all that apply.* $55,551.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.28 **Nonpriority creditor's name and mailing address**
Steve Centineo
260 Madison Ave 8fl
New York, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.* $24,195.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
The Power Company
111 Congress Avenue
Suite 500
Austin, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.* $7,739.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
Upstate Utilities
207 Wallins Corner Road
Suite 103
Amsterdam, NY 12010

**As of the petition filing date, the claim is:** *Check all that apply.* $91.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
Vertex One
1321 Upland Drive Suite 8389
Houston, TX 77043

**As of the petition filing date, the claim is:** *Check all that apply.* $42,152.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
WebFX
1705 N Front Street
Harrisburg, PA 17102

**As of the petition filing date, the claim is:** *Check all that apply.* $28,329.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 967,105.94 |
| **5b. Total claims from Part 2** | 5b. + | $ 575,426.57 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,542,532.51 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases ***

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Broker Agreement | AEC<br>1 Metrotech Center North<br>Suite 301<br>Brooklyn, NY 11201 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Commercial Broker/Consultant Agreement | Aegean Energy<br>62-01 34th Avenue<br>Woodside, NY 11377 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENERGY SUPPLY AGREEMENT Dated May 11, 2026<br>2.5 years | Axpo U.S. LLC<br>575 Fifth Ave<br>Suite 2801<br>New York, NY 10017 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Commercial Broker/Consultant Agreement | BCG<br>150 Irving Place<br>Suite C<br>Woodmere, NY 11598 |

***The Debtor's identification of an agreement on Schedule G shall not constitute an admission that such agreement is an executory contract within the meaning of 11 U.S.C. § 365, that such agreement is valid or enforceable, or that any amounts are due thereunder. The Debtor reserves all rights with respect to the characterization, assumption, assignment, rejection, termination, and enforceability of such agreements.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Northeastern Power and Gas, LLC — Case number (*if known*) 26-11989-DSJ

First Name / Middle Name / Last Name

## Additional Page if You Have More Contracts or Leases ***

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | Box Online<br>447 Sutter St, Suite 405<br>PMB 1116<br>San Francisco, CA 94108 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Debtor has contracts with its customers which are proprietary and confidential and which may not be executory in nature. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Customer Contracts |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | ECEG<br>70 Lambert Avenue<br>Copiague, NY 11726 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Supply contracts with customers of the Debtor. Due to the proprietary nature of these agreements, the Debtor will not list these agreements on the public docket unless required to do so by the Court. | |
| | State the term remaining | Various terms from 1 month to 3 years | |
| | List the contract number of any government contract | | Energy Supply Contracts with Customers |

*****The Debtor's identification of an agreement on Schedule G shall not constitute an admission that such agreement is an executory contract within the meaning of 11 U.S.C. § 365, that such agreement is valid or enforceable, or that any amounts are due thereunder. The Debtor reserves all rights with respect to the characterization, assumption, assignment, rejection, termination, and enforceability of such agreements.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor 1 Northeastern Power and Gas, LLC — Case number (*if known*) 26-11989-DSJ

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | Informa<br>41 Grand Avenue<br>Suite 101<br>River Edge, NJ 07661-1947 |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | MPN Capital<br>867 Boylston Street<br>5th Floor #1821<br>Boston, MA 02116 |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Broker/Consultant Agreement | |
| | State the term remaining | | Navigate Power<br>2211 N Elston Avenue<br>Suite 208<br>Chicago, IL 60614 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | NECS<br>1274-49th Street<br>Suite 194<br>Brooklyn, NY 11219 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Usage Agreement and Administrator Designation | |
| | State the term remaining | | New York ISO<br>10 Krey Blvd<br>Attn: Finance<br>Rensselaer, NY 12144 |
| | List the contract number of any government contract | | |

*****The Debtor's identification of an agreement on Schedule G shall not constitute an admission that such agreement is an executory contract within the meaning of 11 U.S.C. § 365, that such agreement is valid or enforceable, or that any amounts are due thereunder. The Debtor reserves all rights with respect to the characterization, assumption, assignment, rejection, termination, and enforceability of such agreements.**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Northeastern Power and Gas, LLC — Case number (*if known*) 26-11989-DSJ

First Name / Middle Name / Last Name

## Additional Page if You Have More Contracts or Leases***

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Purchase or Sell Unforced Capacity in NYISO Installed Capacity Auctions | |
| | State the term remaining | | New York ISO<br>10 Krey Blvd<br>Attn: Finance<br>Rensselaer, NY 12144 |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | Platinum Energy<br>3526 South Creek Road<br>Hamburg, NY 14075 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Renewal Service Agreement for monthly office space at 260 Madison Ave, 8th Fl, NY NY | |
| | State the term remaining | 1 year | Regus Management Group, LLC<br>15305 Dallas Pkwy Fl 12<br>Addison, TX 75001-4637 |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Broker Agreement | |
| | State the term remaining | | Upstate Utilities<br>207 Wallins Corner Road<br>Suite 103<br>Amsterdam, NY 12010 |
| | List the contract number of any government contract | | |

*****The Debtor's identification of an agreement on Schedule G shall not constitute an admission that such agreement is an executory contract within the meaning of 11 U.S.C. § 365, that such agreement is valid or enforceable, or that any amounts are due thereunder. The Debtor reserves all rights with respect to the characterization, assumption, assignment, rejection, termination, and enforceability of such agreements.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Maven Energy LLC | | Axpo U.S. LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | NEP Holdings, Inc. | 260 Madison Ave, 8th Fl<br>New York, NY 10016 | Axpo U.S. LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Northeastern Power and Gas, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-11989-DSJ

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $12,779,361.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $18,761,271.00 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $11,705,551.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2026 to Filing Date | Dividends from BlackRock | $20,355.00 |
| **For prior year:** From 01/01/2025 to 12/31/2025 | Dividend from BlackRock | $28,822.00 |
| **For year before that:** From 01/01/2024 to 12/31/2024 | Dividends from BlackRock | $9,077.00 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | [SEE ATTACHED SCHEDULE 3 TO SOFA] | [SEE ATTACHED SCHEDULE 3 TO SOFA - $3,684,177.10 IN THE AGGREGATE] | $3,684,177.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Perry Wilson<br><br>President/CEO | August 2026-August 2026 | $299,972.66 | Office Rental $48,000; Draw $153,100 (net draw $100 after draw re-deposits); W2 Salary $81,007.90; Health Benefits: $17,864.76; For draw and w2 salary, see Schedule 30 to SOFA. |
| 4.2. | Opal Wilson<br><br>Perry Wilson's Mother | August 2025-August 2026 | $31,250.30 | W2 Income [See Schedule 30] |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Charles Wertman | | $10,000 on August 19, 2026; $20,000 on August 25, 2026 ($30,000 in the aggregate was wired for retainer for the 3 affiliated cases) | $30,000.00 |

**Email or website address**

**Who made the payment, if not debtor?**
Perry Wilson

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Northeastern Power and Gas, LLC Case number *(if known)* 26-11989-DSJ

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | [SEE ANNEXED SCHEDULE 18 TO SOFA] | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | [SEE ANNEXED SCHEDULE 18 TO SOFA] | Unknown |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12: Details About Environment Information**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. TFG Related Entities - Fuoco Group<br>200 Parkway Drive South, Suite 302<br>Hauppauge, NY 11788 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Perry Wilson | | President/CEO | The Debtor is owned by NEP Holdings, Inc. of which Perry Wilson is the 100% shareholder |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Perry Wilson [See attached Schedule 30] | [See attached Schedule 30] | August 19, 2025 - August 18, 2026 | |
| | **Relationship to debtor** President/CEO | | | |
| 30.2. | Opal Wilson | [See attached Schedule 30] | August 19, 2025 - August 18, 2026 | |
| | **Relationship to debtor** Perry Wilson's Mother | | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| NEP Holdings, Inc. | **EIN:** 33-2772807 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2026


Signature of individual signing on behalf of the debtor

Perry Wilson
Printed name

Position or relationship to debtor President/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Northeastern Power and Gas

## Payments by Vendor Summary

### May 18-August 18, 2026

| Vendor | Total | Reason |
|---|---|---|
| NYISO | 2,758,007.04 | Power Supply |
| Transcontinental Gas Pipe | 220,291.11 | Pipeline Charge |
| NYSERDA | 120,762.98 | RECS & ZECS |
| Texas Eastern Transmission | 101,194.67 | Pipeline Charge |
| Tennessee Gas | 71,683.37 | Pipeline Charge |
| Niagra Mohawk | 60,880.30 | Power Supply |
| Eastern Gas | 51,125.40 | Pipeline Charge |
| National Grid Non Ut | 49,380.57 | Gas Supply |
| Iroquois Gas | 43,709.29 | Pipeline Charge |
| Soft Smiths | 35,000.00 | Third Party Software |
| Vertex | 30,000.00 | Third Party Software |
| ATNV Energy LP | 24,500.00 | Power Supply |
| Anthem Health Insurance | 21,259.06 | Health Insurance |
| Cobra Energy | 15,904.51 | Broker Commissions |
| Algonquin Gas Transmission | 13,800.32 | Pipeline Charge |
| Millenium Pipeline | 13,142.16 | Pipeline Charge |
| CLCKPAY | 12,354.00 | Office Rent |
| Green Thrive Ventures | 10,805.85 | RECS & ZECS |
| Stage Coach Pipeline | 10,720.20 | Pipeline Charge |
| Steamer Hart LLP | 10,710.00 | Legal Compliance |
| Regus | 8,946.27 | Office Rent |
| **TOTAL** | **$3,684,177.10** | |

**SCHEDULE 3 TO SOFA**

| Bank | account# | Routing # | Date Closed |
|---|---|---|---|
| NEPG S&T Business Operating Account | xxxx9086 | 043306855 | Closed July 31, 2026 |
| NEPG S&T Business Operating Account Lockbox | xxxx1584 | 043306855 | Closed July 31, 2026 |
| NEPG S&T Business Operating Trading Account | xxxx5309 | 043306855 | Closed July 31, 2026 |
| BofA Operating | xxxx5314 | 021000322 | Closed June 16, 2026 |

## SCHEDULE 18 TO SOFA

# Northeastern Power and Gas LLC

## Transaction Report

### August 20, 2025-August 18, 2026

| | Transaction date | Transaction type | Account Name | Amount |
|---|---|---|---|---|
| Shareholders' equity | | | | |
| Distributions | | | | |
| | Beginning Balance | | | |
| | 08/25/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 08/29/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 09/04/2025 | Expense | Shareholders' equity:Distributions | (3,000.00) |
| | 09/08/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 09/12/2025 | Expense | Shareholders' equity:Distributions | (4,000.00) |
| | 09/15/2025 | Expense | Shareholders' equity:Distributions | (1,000.00) |
| | 09/17/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 09/23/2025 | Deposit | Shareholders' equity:Distributions | 40,000.00 |
| | 10/01/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 10/10/2025 | Deposit | Shareholders' equity:Distributions | 10,000.00 |
| | 10/16/2025 | Deposit | Shareholders' equity:Distributions | 9,000.00 |
| | 10/17/2025 | Deposit | Shareholders' equity:Distributions | 13,000.00 |
| | 10/23/2025 | Expense | Shareholders' equity:Distributions | (13,000.00) |
| | 10/28/2025 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 11/03/2025 | Expense | Shareholders' equity:Distributions | (6,000.00) |
| | 11/06/2025 | Expense | Shareholders' equity:Distributions | (3,000.00) |
| | 11/18/2025 | Expense | Shareholders' equity:Distributions | (3,000.00) |
| | 11/20/2025 | Deposit | Shareholders' equity:Distributions | 6,000.00 |
| | 11/21/2025 | Deposit | Shareholders' equity:Distributions | 3,000.00 |
| | 12/01/2025 | Deposit | Shareholders' equity:Distributions | 15,000.00 |
| | 12/18/2025 | Deposit | Shareholders' equity:Distributions | 13,000.00 |
| | 12/19/2025 | Expense | Shareholders' equity:Distributions | (13,000.00) |
| | 12/24/2025 | Deposit | Shareholders' equity:Distributions | 27,000.00 |
| | 01/02/2026 | Deposit | Shareholders' equity:Distributions | 17,000.00 |
| | 01/05/2026 | Expense | Shareholders' equity:Distributions | (17,000.00) |
| | 02/19/2026 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 03/03/2026 | Expense | Shareholders' equity:Distributions | (5,000.00) |
| | 03/10/2026 | Check | Shareholders' equity:Distributions | (5,000.00) |
| | 03/12/2026 | Check | Shareholders' equity:Distributions | (5,000.00) |
| | 03/31/2026 | Check | Shareholders' equity:Distributions | (10,000.00) |
| | 04/15/2026 | Check | Shareholders' equity:Distributions | (5,000.00) |
| | 04/24/2026 | Check | Shareholders' equity:Distributions | (5,000.00) |
| | 04/28/2026 | Check | Shareholders' equity:Distributions | (15,000.00) |
| | 06/05/2026 | Deposit | Shareholders' equity:Distributions | 100.00 |
| | 06/16/2026 | Check | Shareholders' equity:Distributions | (5,000.00) |
| **Total for Distributions** | | | | **100.00** |
| **Total for Shareholders' equity with sub-accounts** | | | | **100.00** |
| **TOTAL** | | | | **100.00** |

# SCHEDULE 30A TO SOFA

Company: Northeastern Power And Gas Llc
Report: Payroll Detail
Check Dates From: 8/22/2025 - Payroll 1
To: 8/21/2026 - Payroll 1

| Employee Name | Pay Frequency | Amount | Earning 3 | Amount | Total Earnings | Total Taxes | ADP RS employee before-tax % | Deduction Total | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Wilson, Opal | Weekly | $ 31,250.30 | | | **$ 31,250.30** | **$ 4,877.07** | | | **$ 26,373.23** |
| Wilson, Perry | Weekly | $ 66,807.90 | Misc reimbursement non-taxable | $ 14,200.00 | **$ 81,007.90** | **$ 16,599.88** | $ 2,672.10 | **$ 2,672.10** | **$ 61,735.92** |

# SCHEDULE 30B TO SOFA

# United States Bankruptcy Court
## Southern District of New York

In re Northeastern Power and Gas, LLC — Debtor(s)

Case No. 26-11989-DSJ
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NEP Holdings, Inc. | | | 100% Membership Interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date October 13, 2026

Signature [signature]
Perry Wilson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of New York

In re Northeastern Power and Gas, LLC — Debtor(s)

Case No. 26-11989-DSJ

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 20,000.00 |

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify): Perry Wilson - the $40,000 is in the aggregate as a retainer for all three pending affiliate cases (26-11988-DSJ; 26-11989-DSJ; 26-11990-DSJ).

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 13, 2026
*Date*

ROBERT J SPENCE
*Signature of Attorney*
Spence Law Office, P.C.
55 Lumber Road
Roslyn, NY 11576
(516) 972-7981 Fax:
rspence@spencelawpc.com
*Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com 

**United States Bankruptcy Court**
**Southern District of New York**

In re Northeastern Power and Gas, LLC — Debtor(s)

Case No. 26-11989-DSJ
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 13, 2026

Perry Wilson/President/CEO
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26-11989-DSJ

AEC
1 Metrotech Center North
Suite 301
Brooklyn, NY 11201

Aegean Energy
62-01 34th Avenue
Woodside, NY 11377

American Express National Bank
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810-1041

Axpo U.S. LLC
575 Fifth Ave
Suite 2801
New York, NY 10017

Balch & Bingham
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642

Bank of America
100 North Tryon St.
Charlotte, NC 28255

BCG
150 Irving Place
Suite C
Woodmere, NY 11598

Box Online
447 Sutter St, Suite 405
PMB 1116
San Francisco, CA 94108

Broadway Energy
100 Tec Street
Suite A
Hicksville, NY 11801

CENTRAL HUDSON GAS & ELECTRIC CORPORATIO
284 SOUTH AVENUE
Poughkeepsie, NY 12601

Cobra Energy
65 Margaret Avenue
Lawrence, NY 11559

DOC 24 Enterprises
1641 N 71ST TERRACE HOLLYWOOD
Hollywood, FL 33024

ECEG
70 Lambert Avenue
Copiague, NY 11726

escoADVISOR LLC
14 Berry Ct
Flanders, NJ 07836

Informa
41 Grand Avenue
Suite 101
River Edge, NJ 07661-1947

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

KEYSPAN GAS EAST CORPORATION
175 EAST OLD COUNTRY ROAD
Hicksville, NY 11801

LC Associates
222 West 79 Street
New York, NY 10024

M&R
266 Main Street
Cornwall, NY 12518

Maureen Prainito
260 Madison Ave 8fl
New York, NY 10016

Metro Refunds
505 Chestnut St
Cedarhurst, NY 11516

MPN Capital
867 Boylston Street
5th Floor #1821
Boston, MA 02116

NACS Carmine Nuzzi
500 Purdy Hill Road
Suite 4
Monroe, CT 06468

Navigate Power
2211 N Elston Avenue
Suite 208
Chicago, IL 60614

NECS
1274-49th Street
Suite 194
Brooklyn, NY 11219

NEP Holdings, Inc.
260 Madison Ave, 8th Fl
New York, NY 10016

New York ISO
Attn: Finance
10 Krey Blvd
Rensselaer, NY 12144

NEW YORK STATE ELECTRIC & GAS CORP
ATTN SUPPLIER RELATIONS
aka ROCHESTER GAS AND ELECTRIC CORPORATI
PO BOX 5224
Binghamton, NY 13902-5224

NIAGARA MOHAWK POWER CORPORATION
c/o National Grid
300 ERIE BOULEVARD WEST
Syracuse, NY 13202

NJ Board of Public Utilities
44 South Clinton Ave
Trenton, NJ 08625

NYC Department of Finance
59 MAIDEN LANE
New York, NY 10038

NYS Dept of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYS DOL
1220 WASHINGTON AVE. BLDG.12, RM 256
Albany, NY 12226

ORANGE & ROCKLAND UTILITIES, INC.
390 W. ROUTE 59
Spring Valley, NY 10977

Platinum Energy/Matt Lanfear
3526 South Creek Road
Hamburg, NY 14075

Reed Smith
599 Lexington Avenue
New York, NY 10022-7650

Regus Management Group, LLC
15305 Dallas Pkwy Fl 12
Addison, TX 75001-4637

RLS Associates
5183 West Woodmill Drive, Suite 3
Wilmington, DE 19808

Softsmiths
10692 Haddington Dr, Ste 200
Houston, TX 77043

Steve Centineo
260 Madison Ave 8fl
New York, NY 10016

THE BROOKLYN UNION GAS COMPANY
c/o National Grid NY
ONE METROTECH CENTER
Brooklyn, NY 11201

The Power Company
111 Congress Avenue
Suite 500
Austin, TX 78701

Upstate Utilities
207 Wallins Corner Road
Suite 103
Amsterdam, NY 12010

Vertex One
1321 Upland Drive Suite 8389
Houston, TX 77043

WebFX
1705 N Front Street
Harrisburg, PA 17102